**Electronically Filed**
**Supreme Court**
**SCWC-18-0000088**
**10-SEP-2019**
**07:48 AM**

SCWC-18-0000088

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JAMIELEE NAPUA PIRES,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000088; CASE NO. 1DTA-17-01016)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Jamielee Napua Pires'

application for writ of certiorari, filed on July 29, 2019, is

hereby rejected.

DATED: Honolulu, Hawai'i, September 10, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

